# FINANCIAL AFFIDAVIT
## IN SUPPORT OF REQUEST FOR ATTORNEY, EXPERT OR OTHER COURT SERVICES WITHOUT PAYMENT OF FEE

CJA 23 (Rev. 5/98)

**IN UNITED STATES:** ☒ MAGISTRATE ☐ DISTRICT ☐ APPEALS COURT or ☐ OTHER PANEL (Specify below)

**IN THE CASE OF:** US vs. Martinez-Rodriguez

**FOR / AT:** _____

**LOCATION NUMBER:** _____

**PERSON REPRESENTED** (Show your full name): ENRIQUE MARTINEZ-RODRIGUEZ

1. ☒ Defendant – Adult
2. ☐ Defendant – Juvenile
3. ☐ Appellant
4. ☐ Probation Violator
5. ☐ Parole Violator
6. ☐ Habeas Petitioner
7. ☐ 2255 Petitioner
8. ☐ Material Witness
9. ☐ Other (Specify)

**DOCKET NUMBERS**
- Magistrate: 08mj263
- District Court:
- Court of Appeals:

**CHARGE/OFFENSE** (describe if applicable & check box →): ☒ Felony ☐ Misdemeanor

18 USC 1324

## ANSWERS TO QUESTIONS REGARDING ABILITY TO PAY

### ASSETS

**EMPLOYMENT**
- Are you now employed? ☐ Yes ☒ No ☐ Am Self Employed
- Name and address of employer: _____
- IF YES, how much do you earn per month? $ _____
- IF NO, give month and year of last employment. How much did you earn per month? $ _____
- If married is your Spouse employed? ☐ Yes ☐ No  N/A
- IF YES, how much does your Spouse earn per month? $ _____
- If a minor under age 21, what is your Parents or Guardian's approximate monthly income? $ _____

**OTHER INCOME**
- Have you received within the past 12 months any income from a business, profession or other form of self-employment, or in the form of rent payments, interest, dividends, retirement or annuity payments, or other sources? ☒ Yes ☐ No
- RECEIVED: 400
- SOURCES: VIDEOGRAPHY / CAMERAMAN (NOT CONSISTENT)

**CASH**
- Have you any cash on hand or money in savings or checking account ☐ Yes ☐ No IF YES, state total amount $ _____

**PROPERTY**
- Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property (excluding ordinary household furnishings and clothing)? ☐ Yes ☒ No
- VALUE: _____
- DESCRIPTION: _____

### OBLIGATIONS & DEBTS

**DEPENDENTS**
- MARITAL STATUS: ☒ SEPARATED OR DIVORCED
- Total No. of Dependents: 3
- List persons you actually support and your relationship to them:
  - A's MOTHER
  - 1 yr SON
  - 10 yr. DAUGHTER

**DEBTS & MONTHLY BILLS** (LIST ALL CREDITORS, INCLUDING BANKS, LOAN COMPANIES, CHARGE ACCOUNTS, ETC.)

| APARTMENT OR HOME: Creditors | Total Debt | Monthly Payt. |
|---|---|---|
| RENT | $ | $ 100 |
| UTILITIES | $ | $ 35 |
| FOOD | $ | $ 200 |
| TUITION FOR KIDS | $ | $ 150 |

I certify under penalty of perjury that the foregoing is true and correct. Executed on (date) 1/30/08

**SIGNATURE OF DEFENDANT (OR PERSON REPRESENTED):** [signed]

FILED JAN 3 0 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY MB DEPUTY