UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 08CR 291-L |
| Plaintiff | ) | CRIMINAL NO. 08mj263 |
| | ) | |
| vs. | ) | ORDER |
| | ) | RELEASING MATERIAL WITNESS |
| ENRIQUE MARTINEZ-RODRIGUEZ | ) | |
| Defendant(s) | ) | Booking No. |

On order of the United States District/Magistrate Judge, **Leo S. Papas**

IT IS HEREBY ORDERED that the following named person heretofore committed to the custody of the United States Marshal as a material witness be released from custody: (Bond Posted / Case Disposed / **Order of Court**).

DOMINGO TORRES - PENALOZA

DATED: 2/14/08

**Leo S. Papas**

UNITED STATES DISTRICT/MAGISTRATE JUDGE

RECEIVED _____  
DUSM

OR

W. SAMUEL HAMRICK, JR.  Clerk

by  J. Campbell

Deputy Clerk

J. Jarneck

CLERK'S OFFICE COPY  
mc500 Crim-25 rev. 8-95

☆ U.S. GPO: 2003-581-774/70082